JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **LAULIIFOU TONISE,** | ) | NO. CV 14-6063-KLS |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| **CAROLYN W. COLVIN**, | ) | |
| **Commissioner of Social Security,** | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and the above-captioned action is dismissed with prejudice.

DATE: September 9, 2015

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE

1